IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 14cr699-07(JBS) |
| v. | |
| TALIB TILLER | |

### ORDER AMENDING CONDITIONS OF RELEASE

THIS MATTER having come before the Court by way of Defendant Talib Tiller's Request to Modify Conditions of Release, and the Court having conducted a hearing on January 14, 2015; and the Court noting the following appearances: Diana Carrig, Assistant United States Attorney, and Lori Koch, AFPD; and the Defendant appearing; and for good cause shown and for the reasons set forth on the record:

IT IS ORDERED this 14th day of January 2015 that the Order Setting Conditions of Release dated December 23, 2014 and the Order Amending Conditions of Release dated January 8, 2015 is hereby amended as follows:

1. Paragraph 6 is amended to reflect that Clarence Howerton is appointed as an additional third party custodian. Mr. Howerton agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Clarence Howerton

2. Paragraph 7(v) is amended, as follows, "at least one third party custodian shall be at the house with defendant at all times except when Mr. Howerton is attending medical appointments and when Mrs. Howerton Tiller is at work."

3. All other conditions of release set forth in the Order Setting Conditions of Release dated December 23, 2014 shall remain in effect and are hereby incorporated herein.

ANN MARIE DONIO
United States Magistrate Judge


I acknowledge that I am the defendant in this case and that I am aware of the conditions of release as amended. I promise to obey all conditions of release including all amended conditions, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions as set forth in the Order of Release dated December 23, 2014

Talib Tiller

cc: United States Pretrial Office